**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 9, 2024**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00181-CV**

---

**DAKOTA OEHLERT, Appellant**

**V.**

**GIGI GEAN WALLACE, Appellee**

---

**On Appeal from the 461st District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 120953-F**

---

### MEMORANDUM OPINION

This is an appeal from an order signed February 29, 2024. On April 24, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.